USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLIN LEI YIN, et al.,

        Plaintiffs,

-against-

CARIBBEAN BLUEWATERS GROUP, LLC, et al.,

        Defendants.
------------------------------------------------------------------X

**ORDER**
19 CV 2032 (AT) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the telephone conference scheduled previously in the above-captioned action for January 8, 2020, at 5:15 p.m., shall be held on that date at 2:30 p.m. Counsel to the parties shall participate in the telephonic conference on that date by calling (888) 557-8511, followed by access code 4862532.

Dated: New York, New York
January 6, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE