UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLIN LEI YIN, et al.,

                Plaintiffs,

       -against-                                     ORDER

CARIBBEAN BLUEWATERS GROUP, LLC, et al.,     19-CV-2032 (KNF)

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       On or before January 15, 2020, the parties shall submit their settlement agreement to the Court for its review and approval.

Dated: New York, New York                   SO ORDERED:
       January 8, 2020

                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/20