UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
COLIN LEI YIN, FANG WANG,
YUEPING HUANG, and YU ZANG, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

          -against-                                    **ORDER**
                                                   19 CV 2032 (KNF)

CARIBBEAN BLUEWATERS GROUP, LLC
d/b/a YIHAN SPA, "AMY" SU (first name unknown),
and GEOFFREY ALLARD,

                Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic conference will be held in the above-captioned action on June 24, 2020, at 3:00 p.m.  Counsel to the parties shall participate in the conference by using call-in number (888) 557-8511 and, thereafter, entering access code 4862532.

Dated:  New York, New York                       SO ORDERED:
            June 18, 2020

                                                  _Kevin Nathaniel Fox_____
                                                  KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE