UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
COLIN LEI YIN, FANG WANG,
YUEPING HUANG, and YU ZANG, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

       -against-                     **ORDER**
                                      19 - CV - 2032 (KNF)

CARIBBEAN BLUEWATERS GROUP, LLC
d/b/a YIHAN SPA, "AMY" SU (first name unknown),
and GEOFFREY ALLARD,

                Defendants.
----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      This action was brought pursuant to the Fair Labor Standards Act and the New York Labor

Law.  The parties negotiated a resolution of their dispute.  Thereafter, the parties memorialized, in a

written settlement agreement, the terms and conditions under which they agreed to resolve their dispute.

See Docket Entry No. 45. That document was submitted to the Court for its review and approval.  The

Court reviewed the agreement, held a conference with the parties to discuss it and, during that conference,

directed that the settlement agreement be revised.  The parties have revised their agreement, see Docket

Entry No. 49, which the Court has reviewed.  Based on the parties' arm's-length negotiations and the

Court's review of the parties' revised written settlement agreement, the Court finds that the settlement

agreement is fair and reasonable; therefore, the Court approves the settlement agreement.  The Clerk of

Court is directed to record this action as terminated, on the docket sheet maintained for this action.

Dated:  New York, New York
       July 24, 2020

                           SO ORDERED:

                           *Kevin Nathaniel Fox*
                           KEVIN NATHANIEL FOX
                           UNITED STATES MAGISTRATE JUDGE